Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive, Suite 100
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **NEHEMIAH J.**, | Civil No. 6:22-cv-166-SI |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |
| _____ | |

  The Commissioner takes no position on the request to award a netted 406(b) award. Upon consideration of Plaintiff's petition for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the gross of $14,657.75 in attorney fees, less Equal Access to Justice ("EAJA") fees received by

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -    1

counsel in the amount of $12,400.00, for an anticipated net §406(b) cost to Plaintiff herein of $2,257.75. The Commissioner shall deduct from this amount any applicable processing fee prescribed by law and pay Plaintiff's counsel Luke Moen-Johnson the balance from the past-due benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b). The Commissioner shall release to Plaintiff any remaining funds withheld from his retroactive benefits in anticipation of the attorney fees herein.

    IT IS SO ORDERED this 31st day of March, 2025

                                                   _____
                                             Michael H. Simon, U.S. District Judge

PRESENTED BY:

By:   /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Attorneys for Plaintiff